**Opinion issued April 18, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00371-CR

———————————

## EX PARTE WILLIAM SOLOMON LEWIS, Appellant

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Case No. 1745375**

## MEMORANDUM OPINION

This is an appeal from the trial court's December 2, 2021 order denying appellant's pro se application for writ of habeas corpus. On March 24, 2023, appellant filed a pro se motion to dismiss his appeal. The State filed no opposition to this motion. No opinion has issued.

We dismiss this appeal. TEX. R. APP. P. 42.2(a). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

Do not publish. TEX. R. APP. P. 47.2(b).